No. 125, Misc. BOECKENHAUPT *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Plato Cacheris* and *James C. Cacheris* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Robert L. Keuch* for the United States.

No. 263, Misc. WINTERS *v.* UNITED STATES ET AL. C. A. 2d Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Moses M. Falk* for petitioner. *Solicitor General Griswold* for the United States. [For earlier order herein, see, *e. g.,* 391 U. S. 910.]

No. 83, Misc. WRIGHT *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari and other relief denied. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *James H. Kline,* Deputy Attorney General, for respondent.

No. 96, Misc. SCHAWARTZBERG *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg,* and *Mervyn Hamburg* for the United States.

No. 338, Misc. OQUENDO *v.* UNITED STATES. C. A. 2d Cir. Motion of Youth Against War & Fascism for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *Conrad J. Lynn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Vinson,* and *Beatrice Rosenberg* for the United States. *Marvin M. Karpatkin* for Youth Against War & Fascism, as *amicus curiae,* in support of the petition.